[No. 36638-0-II. Division Two. October 14, 2008.]

*In the Matter of the Estate of* BERNICE M. KARNATH.

JULIA A. RIDER, *Appellant*, v. SUSAN K. SAMPSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-4-00291-2, Robert A. Lewis, J., entered June 29, 2007. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37160-0-II. Division Two. October 14, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ERWIN CURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02706-1, John P. Wulle, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 26034-8-III. Division Three. October 14, 2008.]

NOEL G. NADEAU ET AL., *Respondents*, v. RONALD A. DARNELL, *Petitioner*.

Appeal from a judgment of the Superior Court for Douglas County, No. 06-2-00363-0, John Hotchkiss, J., entered March 13, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.